# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANELLE NEWSOME,**<br>Plaintiff<br><br>v.<br><br>**CITY OF PHILADELPHIA,**<br>Defendant | **CIVIL ACTION**<br><br>**NO. 19-5590** |

## ORDER

**Baylson, J.**                                                                                                    **November 12, 2020**

The Court has considered Plaintiff's Amended Complaint (ECF 6) and Defendant's Motion to Dismiss the same (ECF 8), plus both parties' supplements thereto (ECF 9, 13). The Court has also considered the November 4, 2020 hearing on this matter. (ECF 16).

For the reasons set forth in the foregoing memorandum, the Court **GRANTS** the Motion to Dismiss without prejudice as to Counts

- II (FLSA Retaliation),
- IV (Title VII Hostile Work Environment),
- V (Title VII Retaliation),
- VI (§ 1983 Disparate Treatment),
- VII (§ 1983 Hostile Work Environment), and
- VIII (First Amendment Retaliation);

and **DENIES** the Motion to Dismiss as to Counts

- I (FLSA Violations), and
- III (Title VII Disparate Treatment).

It is further **ORDERED** that Plaintiff may file a Second Amended Complaint within thirty (30) days.

                                                                                            BY THE COURT:

                                                                                            **s/ Michael M. Baylson**
                                                                                            **Michael M. Baylson, U.S.D.J.**