# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JANELLE NEWSOME, Plaintiff  v.  CITY OF PHILADELPHIA, Defendant | CIVIL ACTION  NO. 19-5590 |
|---|---|

## ORDER RE: THIRD MOTION TO DISMISS

**AND NOW**, this 2nd day of July, 2021, upon consideration of Defendant's Third Motion to Dismiss Plaintiff's Amended Complaint (ECF 20) and the Response thereto (ECF 21), and for the reasons given in the accompanying Memorandum, it is hereby ORDERED that Counts II, IV, VI, VII, IX, and X are DISMISSED with prejudice, and the motion to dismiss is DENIED as to Count VIII. No motion was made as to Counts I, III, or V.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-5590 Newsome v. City of Philadelphia\19cv5590 Order re Third MTD.docx