IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JANELLE NEWSOME, Plaintiff  v.  CITY OF PHILADELPHIA, Defendant | CIVIL ACTION  NO. 19-5590 |
|---|---|

## ORDER

**AND NOW**, this 20th day of August, 2021, upon consideration of Plaintiff's Motion for Reconsideration (ECF 24) and Defendant's Response in Opposition (ECF 26), and for the reasons given in the accompanying Memorandum, it is hereby ORDERED that Plaintiff's Motion is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 19\19-5590 Newsome v. City of Philadelphia\19cv5590 Order re MfR.docx