**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

**JANELLE NEWSOME**

*Plaintiff*

vs.

**CITY OF PHILADELPHIA**

*Defendant*

**Civil Action No. 19-5590**

**AND NOW,** this _____ day of _____, 2022, upon consideration of Plaintiff's Motion to Compel Discovery and Sanctions (the "**Motion**") and Defendant's response thereto, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED.  IT IS FURTHER ORDERED** that Plaintiff's counsel has violated this Court's Pre-Trial Procedure C.1. by failing to cooperate with Defendant's counsel in scheduling depositions and by failing to make good faith efforts to resolve Plaintiff's discovery dispute before filing his Motion.  Plaintiff's counsel shall pay Defendant's ccounsel reasonable attorneys' fees and costs associated with bringing this motion in the amount of $1,000.00 within ten (10) days of the date of this Order.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.



H. David Seidman
T (215) 640-8515
F AuthorFaxNo
Email:dseidman@clarkhill.com

Clark Hill
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
T (215) 640-8500
F (215) 640-8501

September 29, 2022

VIA ECF FILING

The Honorable Michael M. Baylson
3810 U.S. Courthouse, Courtroom 3-A
601 Market Street
Philadelphia, PA 19106

    Re:  *Newsome v. City of Philadelphia*, No. 2:19-cv-5590-MBM (E.D. Pa.)

Dear Judge Baylson:

    Defendant respectfully requests this Court accept this letter brief as Defendant's Response to Defendant's Motion to Compel Deposition and Sanctions (the "**Motion**") (ECF No. 73). As set forth herein, Plaintiff's Motion is without merit and defies Your Honor's procedures requiring that "Counsel must discuss any problems that arise concerning discovery with each other and make good faith attempts to resolve those problems before filing any discovery Motions." Judge Baylson's Procedures, C.1.

    Plaintiff's Motion relates to Defendant's counsel's (David Seidman's) need to reschedule two (2) depositions scheduled for **September 26, 2022** because of his involvement as lead counsel for his client in an Emergency Motion for Special Injunction and Preliminary Injunction (the "**Emergency Injunction Motion**") filed in the Philadelphia Court of Common Pleas on the morning of **September 26, 2022**, docketed as *Franjo Construction Corporation v. Iron Workers Local 405 and Operating Engineers Local 542, et al.*, September Term, 2022, No. 2262. A copy of the docket for the *Franjo Construction* action is attached as Exhibit "A."

September 29, 2022
Page 2

In response to Mr. Seidman's request (attached as Exhibit B) to reschedule the two (2) depositions for the following day or the day thereafter, Plaintiff's counsel (Ian Bryson), barked a single word response: "**No**." Email dated September 23, 2022 at 10:53 AM (attached as Exhibit "C"). Following his email, Mr. Bryson immediately proceeded to call Mr. Seidman on his cell phone and began wildly screaming at Mr. Seidman and threatening him personally with sanctions if he did not appear for the deposition September 26, 2022. Mr. Seidman attempted to deescalate matters by explaining the situation and telling him that he had no other choice. Mr. Bryson interrupted Mr. Seidman and then proceeded to yell at Mr. Seidman a second time. At that point, Mr. Seidman ended the call. According to Mr. Seidman's call records, the call lasted seventeen (17) seconds.

Mr. Seidman was shocked at Mr. Bryson's conduct. Mr. Seidman requested a simple, routine professional courtesy and believed this would be a non-issue – especially given Mr. Seidman's simultaneous efforts to reschedule the depositions within days of their originally scheduled date and at Mr. Bryson's convenience. Moreover, the discovery deadline was over a month away, *i.e.,* October 31, 2022. It is simply inconceivable that Mr. Bryson would flatly deny such a routine request. Over the course of his 22-plus year practice, Mr. Seidman has never denied such a request or been denied such a request and has never heard of another lawyer being denied such a request.

**Despite Mr. Seidman's numerous efforts to reschedule the two (2) depositions, Mr. Bryson has flat out refused to cooperate with Mr. Seidman. He has refused to provide any potential dates to reschedule the two depositions and has personally attacked Mr. Seidman's character, stating that Mr. Seidman's "word" is "meaningless."**

September 29, 2022
Page 3

**This was all unprovoked. At no time did Mr. Seidman criticize Mr. Bryson or respond to his personal attacks. He remained professional with the goal of rescheduling the depositions. This is all well documented as set forth below.**

Specifically, on Sunday, September 25, 2022, hoping Mr. Bryson had cooled down, Mr. Seidman sent an email to Mr. Bryson explaining the situation again, proposing additional dates to reschedule the two (2) depositions, and apologizing for any inconvenience. Specifically, Mr. Seidman stated:

> Ian: As previously advised on Friday, I will be in Court tomorrow for an Emergency Injunction in another matter, and therefore, I am not available for the depositions scheduled for tomorrow. I am confirming the witness's availability to reschedule their depositions for September 28, 29, or 30. Please let me know if one of these days works best for you.
>
> I apologize for the inconvenience

Email dated September 25 at 4:47 PM (attached as Exhibit "D").

Initially, when Mr. Seidman first emailed Mr. Bryson on Friday, September 23, 2022, Mr. Seidman expected to complete and file the Emergency Injunction Motion on Friday and believed the Court would schedule a hearing that day or the following Monday. Ultimately, Mr. Seidman was unable to file the Emergency Injunction Motion until Monday morning, September 26, 2022.

In response to Mr. Seidman's September 25, 2022 email (quoted above), Mr. Bryson asked Mr. Seidman for the Court term and number for the emergency action. Apparently, Mr. Bryson thought Mr. Seidman simply lied about having to file an emergency action. Notwithstanding, Mr. Seidman responded and explained, "[t]he complaint and injunction papers are being hand filed tomorrow morning in Room 296. Mr. Seidman sated that he was "happy to send you [Mr. Bryson] the docket information tomorrow." Email dated September 25, 2022 at 5:13 PM (attached as Exhibit "E").

September 29, 2022
Page 4

After Mr. Seidman filed his Emergency Injunction Motion on Monday, Court Administration advised Mr. Seidman that the emergency judge would likely issue an Order scheduling a hearing for that day (Monday, September 26, 2022) or the following day (Tuesday, September 27, 2022).

In his Motion, Mr. Bryson takes issue that Mr. Seidman never advised him of the court term and number for his emergency action before Mr. Bryson filed his Motion to Compel. First, Mr. Bryson had <u>no</u> reason to believe Mr. Seidman would lie about having to file an emergency action. Second, Mr. Bryson filed his Motion to Compel on Monday, September 26, 2022 at 12:51 PM. Mr. Seidman returned from Court at approximately 11:15 AM on September 26, 2022, approximately 90 minutes before Mr. Bryson filed his Motion to Compel. Of course, according to his Motion, Mr. Bryson had been working on his Motion to Compel for three (3) hours and was likely more than two-thirds finished before Mr. Seidman returned from Court with the court term and number for the emergency action. Moreover, to be honest, during those approximately 90 minutes, Mr. Seidman was feverishly preparing for an emergency injunction hearing involving a $30MM construction project that was potentially taking place on an hour's notice. Respectfully, Mr. Seidman was not thinking about the Mr. Bryson or anything other than the upcoming emergency hearing.

Ultimately, Judge Joshua Roberts issued an order at approximately 1:15 PM on September 26, 2022 scheduling a hearing on the Emergency Injunction Motion for the next day at 10:00 AM (Tuesday, September 27, 2022). This was after Mr. Bryson filed his Motion to Compel.

Mr. Bryson also questions why another lawyer could not cover the deposition for Mr. Seidman. As Mr. Bryson well knows, for the last eight (8) weeks, Mr. Seidman has been the only lawyer for the City involved in this case. Mr. Seidman knows the documents, and Mr. Seidman

September 29, 2022
Page 5

had been working with the witnesses.  It is simply unreasonable to expect to ask a colleague to jump in to handle a deposition at the last minute.  It would also disadvantage the client.  Again, there were no exigent circumstances requiring the two (2) depositions occur on Monday, September 26, 2022.  The discovery deadline is not until October 31, 2022, and Mr. Seidman had proposed multiple days to reschedule the depositions within days of its originally scheduled date.  Mr. Seidman, as discussed below, also asked Mr. Bryson to propose a deposition date, but he refused to do so.

Specifically, on September 25, 2022, Mr. Seidman promised Mr. Bryson that he would work with him to reschedule the depositions and reminded him that the discovery deadline was not until October 31, 2022.  Email dated September 25, 2022 at 5:15 PM (attached as Exhibit "F").  Instead of cooperating with Mr. Seidman, as required by Your Honor's procedures, Mr. Bryson personally attacked Mr. Seidman, stating:

> We have exhausted our attempts to work with you in scheduling depositions which have been rescheduled several times due to your **personal failure** to fulfill your discovery obligations in this matter

Email dated September 25, 2022 at 5:44 PM (attached as Exhibit "G").

**Mr. Bryson's personal statements about Mr. Seidman are categorically false.**  In his Motion, Mr. Bryson states that he issued his discovery requests and deposition notices on July 1, 2022.  Mr. Seidman did not enter his appearance in this matter until July 26, 2022 (ECF 62).  He did not start working on discovery in this matter in earnest until August 9, 2022 when he first introduced himself to Mr. Bryson when Mr. Bryson was not copying him on correspondence, specifically correspondence related to his discovery requests.  Email dated August 9, 2022 at 1:50 PM (attached as Exhibit "H").  As soon as Mr. Bryson's email was brought to Mr. Seidman's attention, he worked tirelessly to provide responses to Mr. Bryson's discovery requests.  In fact,

September 29, 2022
Page 6

eight (8) days later, Mr. Seidman made a significant document production by email dated August

17, 2022 at 12:09 PM and completed Defendant's document production on August 15, 2022. From

start to finish, Mr. Seidman completed Defendant's discovery responses and document production

within thirty-five (35) days – which is no easy feat when searching and collecting documents from

an agency as large as the Philadelphia Police Department. In fact, this was faster than Plaintiff's

counsel produced Plaintiff's discovery responses – which required this Court to grant Defendant's

Motion to Compel (ECF 45 and 47).

In a further show of good faith and cooperation, in his email to Mr. Bryson producing

Defendant's final supplemental document production, Mr. Seidman proposed a conference call

with Mr. Bryson to schedule the depositions in this matter. Email dated September 15, 2022 at

11:08 AM (attached as Exhibit "C").

Notwithstanding Mr. Bryson's personal attacks, Mr. Seidman remained professional and

continued to propose dates to reschedule the two (2) depositions. Specifically, Mr. Seidman,

stated:

> As previously advised, Molly O'Neill is available for her deposition
> on **September 29 at 2:00** following Kevin Hall's deposition.
> Alternatively, Ms. O'Neill is available on **September 30.** Please
> confirm if you would like to depose Ms. O'Neill at either of these
> times **or provide an alternative date that works for you**.
>
> Ms. McCaffrey is available for her deposition on **October 5.**
> Please confirm your availability for this date **or provide an**
> **alternate date the following week that works for you**.
> As previously advised, Heather McCaffrey is also covering
> Subjects 7 and 8 of Plaintiff's 30(b)(6) Deposition Notice.

Email dated September 27, 2022 at 11:16 AM (attached as Exhibit "I").

September 29, 2022
Page 7

Mr. Bryson ignored Mr. Seidman's request for proposed dates and continued to threaten Mr. Seidman. Nevertheless, when Mr. Bryson ignored Mr. Seidman's request, Mr. Seidman asked again. Specifically, he stated:

> **Again, I am asking for proposed dates to reschedule their depositions? To be clear, please provide proposed deposition dates for Ms. O'Neil and Ms. McCaffrey**.

Email dated September 27, 2022 at 11:48 AM (attached as Exhibit "J").

Instead of complying with Your Honor's procedures, Mr. Bryson doubled down on his personal attacks of Mr. Seidman and stated that he would not cooperate with Mr. Seidman unless he agreed to a consent order for his Motion. Specifically, he stated:

> If you will agree to a consent order granting Plaintiff's motion we can work together to secure a date. **Absent a court order <u>your words have proven meaningless</u>**.

September 27, 2022 1:06 PM (attached as Exhibit "K").

Your Honor's procedure is clear, "[c]ounsel <u>must</u> discuss any problems that arise concerning discovery with each other and make <u>good faith attempts</u> to resolve those problems before filing any discovery Motions." Judge Baylson's Procedures, C(1). In this case, Mr. Bryson has demonstrated the antithesis of "good faith." He has failed to cooperate with Mr. Seidman or show the civility this Court merits with his inappropriate, unwarranted personal attacks on Mr. Seidman. There is simply no justifiable basis for Mr. Bryson's conduct in this Court. In fact, it is sanctionable. Defendant has incurred $1,000.00 in legal fees to research and draft this response to Plaintiff's Motion to Compel.

Respectfully Submitted,

CLARK HILL

H. David Seidman

# EXHIBIT A

EXHIBIT A



No Items in Cart  dseidman

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 220902262 |
| **Case Caption:** | FRANJO CONSTRUCTION CORP VS IRON WORKERS LOCAL 405 |
| **Filing Date:** | Monday , September 26th, 2022 |
| **Court:** | MAJOR NON JURY EXPEDITED |
| **Location:** | CITY HALL |
| **Jury:** | NON JURY |
| **Case Type:** | EQUITY - REAL ESTATE |
| **Status:** | WAITING TO LIST CASE MGMT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | SEIDMAN, DAVID |
| **Address:** | CLARK HILL PLC<br>TWO COMMERCE SQUARE<br>2001 MARKET ST., STE. 2620<br>PHILADELPHIA PA 19103<br>(215)640-8515<br>dseidman@clarkhill.com | **Aliases:** | *none* | |

| 2 | 1 | | PLAINTIFF | FRANJO CONSTRUCTION CORPORATION |
|---|---|---|---|---|
| **Address:** | 335 E SEVENTH AVE<br>HOMESTEAD PA 15120 | **Aliases:** | *none* | |

| 3 | 10 | | DEFENDANT | IRON WORKERS LOCAL 405 |
|---|---|---|---|---|
| **Address:** | 2433 REED ST<br>PHILADELPHIA PA 19146 | **Aliases:** | *none* | |

| 4 | 10 | | DEFENDANT | PENA, EDWARD |
|---|---|---|---|---|
| **Address:** | 2433 REED ST<br>PHILADELPHIA PA 19146 | **Aliases:** | *none* | |

| 5 | 10 | | DEFENDANT | OPERATIONG ENGINEERS LOCAL 542 |
|---|---|---|---|---|
| **Address:** | 1375 VIRGINA DR<br>STE 245<br>UPPER DUBLIN PA 19034 | **Aliases:** | *none* | |

| 6 | 10 | | DEFENDANT | SULLIVAN, DAN |
|---|---|---|---|---|
| **Address:** | 1375 VIRGINIA DR<br>STE 245<br>UPPER DUBLIN PA 19034 | **Aliases:** | *none* | |

| 7 | | 26-SEP-2022 | TEAM LEADER | PADILLA, NINA W |
|---|---|---|---|---|
| **Address:** | 360 CITY HALL<br>PHILADELPHIA PA 19107 | **Aliases:** | *none* | |

| 8 | | | JUDGE | EMERGENCY JUDGE, JUDGE |
|---|---|---|---|---|
| **Address:** | ROOM 280 CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | *none* | |

| 9 | | 29-SEP-2022 | MOTION ASSIGMENT JUDGE | LEVIN, CRAIG R |
|---|---|---|---|---|
| **Address:** | CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | *none* | |

| 10 | | | ATTORNEY FOR DEFENDANT | HERTZIG, REGINA C |
|---|---|---|---|---|
| **Address:** | CLEARY JOSEM & TRIGIANI LLP CONSTITUTION PL 325 CHESTNUT ST SUITE 200 PHILADELPHIA PA 19106 (215)735-9099 rhertzig@cjtlaw.org | **Aliases:** | *none* | |

| 11 | | | TEAM LEADER | FLETMAN, ABBE F |
|---|---|---|---|---|
| **Address:** | 229A CITY HALL PHILADELPHIA PA 19107 (215)686-2636 | **Aliases:** | *none* | |

| 12 | | | MOTION ASSIGMENT JUDGE | ROBERTS, JOSHUA |
|---|---|---|---|---|
| **Address:** | 538 CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | *none* | |

**Docket Entries**

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 26-SEP-2022 09:47 AM | ACTIVE CASE | | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 26-SEP-2022 09:53 AM | COMPLAINT FILED NOTICE GIVEN | SEIDMAN, DAVID | |
| **Documents:** | CMPLC_2.pdf | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | |
| | | | |
| 26-SEP-2022 09:53 AM | WAITING TO LIST CASE MGMT CONF | | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 26-SEP-2022 09:53 AM | SHERIFF'S SURCHARGE 4 DEFTS | | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 26-SEP-2022 09:58 AM | EMERGENCY MOTION/PET FILED | SEIDMAN, DAVID | |
| **Documents:** | MTEMG_5_001.pdf | | |
| **Docket Entry:** | 32-22097232 EMERGENCY MOTION FOR SPECIAL INJUNCTION AND PRELIMINARY INJUNCTION FILED. | | |
| | | | |

| 26-SEP-2022 10:20 AM | MOTION ASSIGNED | | |
|---|---|---|---|
| **Docket Entry:** | 32-22097232 EMERGENCY MOTION/PET FILED ASSIGNED TO JUDGE: PADILLA, NINA W. ON DATE: SEPTEMBER 26, 2022 | | |
| | | | |
| 26-SEP-2022 11:17 AM | ORDER ENTERED/236 NOTICE GIVEN | PADILLA, NINA W | |
| **Documents:** | ORDER_7.pdf | | |
| **Docket Entry:** | AND NOW, THIS 26TH DAY OF SEPTEMBER, 2022, IT HEREBY IS ORDERED THAT THIS CASE DOES NOT SATISFY THE COMMERCE PROGRAM CRITERIA AND IS TRANSFERRED FROM THE COMMERCE PROGRAM TO THE MAJOR NON JURY PROGRAM FORTHWITH. BY THE COURT: JUDGE PADILLA, SUPERVISING JUDGE OF THE COMMERCE PROGRAM, 9/26/2022. | | |
| | | | |
| 26-SEP-2022 11:17 AM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 26-SEP-2022 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 26-SEP-2022. | | |
| | | | |
| 26-SEP-2022 11:19 AM | TRANSFERRED TO MAJOR NON-JURY | | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 26-SEP-2022 11:26 AM | MOTION ASSIGNED | | |
| **Docket Entry:** | 32-22097232 EMERGENCY MOTION/PET FILED ASSIGNED TO JUDGE: EMERGENCY JUDGE, JUDGE . ON DATE: SEPTEMBER 26, 2022 | | |
| | | | |
| 26-SEP-2022 12:54 PM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | |

| Documents: | ORDER_10.pdf | | |
|---|---|---|---|
| **Docket Entry:** | 32-22097232 UPON CONSIDERATION OF THE MOTION FOR SPECIAL INJUNCTION AND PRELIMINARY INJUNCTION FILED BY PLAINTIFF., IT IS ORDERED THAT A HEARING ON SAID MOTION IS SCHEDULED FOR TUESDAY, SEPTEMBER 27, 2022 AT 10:00 A.M. IN COURT ROOM 446, CITY HALL, PHILADELPHIA, PA. NOTICE OF THIS ORDER AND MOTION SHALL BE PROVIDED TO COUNSEL FOR THE DEFENDANTS, WITH PROOF OF SUCH NOTICE TO BE PRESENTED TO THE COURT AT THE TIME OF THE HEARING. ...BY THE COURT: ROBERTS, J., 09-26-22 | | |

| 26-SEP-2022 12:54 PM | NOTICE GIVEN UNDER RULE 236 | | |
|---|---|---|---|
| **Docket Entry:** | NOTICE GIVEN ON 26-SEP-2022 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 26-SEP-2022. | | |

| 26-SEP-2022 12:56 PM | MOTION HEARING SCHEDULED | | |
|---|---|---|---|
| **Docket Entry:** | 32-22097232 HEARING SCHEDULED FOR 09-27-22 AT 10:00 A.M. IN COURTROOM 446, CITY HALL. | | |

| 26-SEP-2022 03:36 PM | ENTRY OF APPEARANCE | HERTZIG, REGINA C | |
|---|---|---|---|
| **Documents:** | RCH Entry of Appearance 09.26.22.pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF REGINA C HERTZIG FILED. (FILED ON BEHALF OF DAN SULLIVAN, OPERATIONG ENGINEERS LOCAL 542, EDWARD PENA AND IRON WORKERS LOCAL 405) | | |

| 27-SEP-2022 04:23 PM | WAITING TO LIST CASE MGMT CONF | ITALIANO, THERESA | |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |

| 29-SEP-2022 | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | |

| | |
|---|---|
| 02:27 PM | |
| **Documents:** | ORDER_16.pdf |
| **Docket Entry:** | 32-22097232 UPON CONSIDERATION OF PLAINTIFF'S COMPLAINT IN EQUITY AND EMERGENCY MOTION FOR SPECIAL RELIEF UNDER RULE 1531 IN THE FORM OF A PRELIMINARY OR SPECIAL INJUNCTION, AND THE AGREEMENTS BY AND BETWEEN COUNSEL FOR PLAINTIFF AND DEFENDANTS, IT IS HEREBY ORDERED THAT THIS CONSENT ORDER FOR INJUNCTION IS GRANTED. SEE ORDER FOR COMPLETE TERMS. ...BY THE COURT: ROBERTS, J. 09/29/2022 |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries



E-Filing System    Search Home    Return to Results

# EXHIBIT B

EXHIBIT B

**From:** Seidman, H. David
**Sent:** Friday, September 23, 2022 10:36 AM
**To:** Alyssa DeBise <alyssa@dereksmithlaw.com>; McGravey, Daniel J. <dmcgravey@clarkhill.com>
**Cc:** Ian Bryson <ian@dereksmithlaw.com>
**Subject:** RE: Newsome v. City of Philadelphia

<mark>Alyssa / Ian:  I have to run to court today for a Special Injunction that may spill over to Monday.  Can we push the two deps on the 26 to the 27 or 28?</mark>

## H. David Seidman
Attorney at Law
**Clark Hill**
Two Commerce Square
2001 Market Street, Suite 2620, Philadelphia, PA 19103
+1 215.640.8515 (office) | +1 215.640.8501 (fax) | +1 610.283.6966 (cell)
DSeidman@clarkhill.com | www.clarkhill.com

**From:** Alyssa DeBise <alyssa@dereksmithlaw.com>
**Sent:** Friday, September 23, 2022 10:30 AM
**To:** McGravey, Daniel J. <dmcgravey@clarkhill.com>; Seidman, H. David <dseidman@clarkhill.com>
**Cc:** Ian Bryson <ian@dereksmithlaw.com>
**Subject:** Newsome v. City of Philadelphia
**Importance:** High

**[External Message]**

Good morning, Counsel,

I am reaching out to confirm the depositions of Molly O'Neill and Heather McCaffrey scheduled for Monday, September 26, 2022, beginning at 10am and 2pm.

Please let me know who will be in attendance so that I can add their names to the front desk.

Thank you,

**Alyssa DeBise**
**Paralegal to Catherine W. Smith, Esq., Christopher J. DelGaizo, Esq., and Ian M. Bryson, Esq.**

## DEREK SMITH LAW GROUP, PLLC
*Sexual Harassment and Discrimination Lawyers*
Philadelphia Office: 1835 Market Street, Suite 2950, Philadelphia, PA 19103
Direct Dial (267) 865-3513 | Tel: (215) 391-4790 | Fax: (215) 893-5288
Email: alyssa@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
**New York | New Jersey | Philadelphia | Miami | Los Angeles**

# EXHIBIT C

# EXHIBIT C

**From:** Ian Bryson <ian@dereksmithlaw.com>
**Sent:** Friday, September 23, 2022 10:53 AM
**To:** Seidman, H. David <dseidman@clarkhill.com>
**Cc:** Alyssa DeBise <alyssa@dereksmithlaw.com>; McGravey, Daniel J. <dmcgravey@clarkhill.com>
**Subject:** Re: Newsome v. City of Philadelphia

**[External Message]**

No

**Ian M. Bryson, Esq.**
*Admitted in NY, PA, NJ


Derek Smith Law Group, PLLC
*Sexual Harassment and Discrimination Lawyers*
1835 Market Street, Suite 2950 | Philadelphia, PA 19103
Tel: (215) 391-4790 | Fax: (215) 893-5288 | Email: ian@dereksmithlaw.com
Website: www.discriminationandsexualharassmentlawyers.com
**New York | New Jersey | Philadelphia | Miami | Los Angeles**


Sent from my iPhone


On Sep 23, 2022, at 10:36 AM, Seidman, H. David <dseidman@clarkhill.com> wrote:


Alyssa / Ian:  I have to run to court today for a Special Injunction that may spill over to Monday.  Can we push the two deps on the 26 to the 27 or 28?

**H. David Seidman**
Attorney at Law
**Clark Hill**
Two Commerce Square
2001 Market Street, Suite 2620, Philadelphia, PA 19103
+1 215.640.8515 (office) | +1 215.640.8501 (fax) | +1 610.283.6966 (cell)
DSeidman@clarkhill.com | www.clarkhill.com

# EXHIBIT D

# EXHIBIT D

**From:** Seidman, H. David
**Sent:** Sunday, September 25, 2022 4:47 PM
**To:** Ian Bryson <ian@dereksmithlaw.com>
**Cc:** Alyssa DeBise <alyssa@dereksmithlaw.com>; McGravey, Daniel J. <dmcgravey@clarkhill.com>
**Subject:** (Newsome v. City of Philadelphia) Deposition Schedule

Ian:  As previously advised on Friday, I will be in Court tomorrow for an Emergency Injunction in another matter, and therefore, I am not available for the depositions scheduled for tomorrow.  I am confirming the witness's availability to reschedule their depositions for September 28, 29, or 30.  Please let me know if one of these days works best for you.

I apologize for the inconvenience.

--David

**H. David Seidman**
Attorney at Law
**Clark Hill**
Two Commerce Square
2001 Market Street, Suite 2620, Philadelphia, PA 19103
+1 215.640.8515 (office) | +1 215.640.8501 (fax) | +1 610.283.6966 (cell)
DSeidman@clarkhill.com | www.clarkhill.com

# EXHIBIT E

# EXHIBIT E

**From:** Seidman, H. David
**Sent:** Sunday, September 25, 2022 5:13 PM
**To:** Ian Bryson <ian@dereksmithlaw.com>
**Cc:** Alyssa DeBise <alyssa@dereksmithlaw.com>; McGravey, Daniel J. <dmcgravey@clarkhill.com>
**Subject:** RE: (Newsome v. City of Philadelphia) Deposition Schedule

The complaint and injunction papers are being hand filed tomorrow morning in Room 296. I am happy to send you the docket information tomorrow.

### H. David Seidman
Attorney at Law
**Clark Hill**
Two Commerce Square
2001 Market Street, Suite 2620, Philadelphia, PA 19103
+1 215.640.8515 (office) | +1 215.640.8501 (fax) | +1 610.283.6966 (cell)
DSeidman@clarkhill.com | www.clarkhill.com

**From:** Ian Bryson <ian@dereksmithlaw.com>
**Sent:** Sunday, September 25, 2022 5:10 PM
**To:** Seidman, H. David <dseidman@clarkhill.com>
**Cc:** Alyssa DeBise <alyssa@dereksmithlaw.com>; McGravey, Daniel J. <dmcgravey@clarkhill.com>
**Subject:** Re: (Newsome v. City of Philadelphia) Deposition Schedule

**[External Message]**

Hi David,

What's the docket number and case name for the matter in which you have an emergency injunction tomorrow?

Thanks,

**Ian M. Bryson, Esq.**
*Admitted in NY, PA, NJ


Derek Smith Law Group, PLLC
*Sexual Harassment and Discrimination Lawyers*
1835 Market Street, Suite 2950 | Philadelphia, PA 19103
Tel: (215) 391-4790 | Fax: (215) 893-5288 | Email: ian@dereksmithlaw.com
Website: www.discriminationandsexualharassmentlawyers.com
**New York | New Jersey | Philadelphia | Miami | Los Angeles**


Sent from my iPhone

# EXHIBIT F

EXHIBIT F

**From:** Seidman, H. David
**Sent:** Sunday, September 25, 2022 5:15 PM
**To:** Ian Bryson <ian@dereksmithlaw.com>
**Cc:** Alyssa DeBise <alyssa@dereksmithlaw.com>; McGravey, Daniel J. <dmcgravey@clarkhill.com>
**Subject:** RE: (Newsome v. City of Philadelphia) Deposition Schedule

I am defending the depositions.  I am happy to work with you to reschedule them.  I note the discovery deadline is over a month away on October 31, 2022.

--David

## H. David Seidman
Attorney at Law
**Clark Hill**
Two Commerce Square
2001 Market Street, Suite 2620, Philadelphia, PA 19103
+1 215.640.8515 (office)  |  +1 215.640.8501 (fax)  |  +1 610.283.6966 (cell)
DSeidman@clarkhill.com  |  www.clarkhill.com

**From:** Ian Bryson <ian@dereksmithlaw.com>
**Sent:** Sunday, September 25, 2022 5:13 PM
**To:** Seidman, H. David <dseidman@clarkhill.com>
**Cc:** Alyssa DeBise <alyssa@dereksmithlaw.com>; McGravey, Daniel J. <dmcgravey@clarkhill.com>
**Subject:** Re: (Newsome v. City of Philadelphia) Deposition Schedule

**[External Message]**

Additionally, why can't Mr. McGravey cover these depositions which have been noticed for several weeks now? As previously advised on Friday, unlike you my schedule is fully booked this week.

**Ian M. Bryson, Esq.**
*Admitted in NY, PA, NJ

# EXHIBIT G

# EXHIBIT G

**From:** Ian Bryson <ian@dereksmithlaw.com>
**Sent:** Sunday, September 25, 2022 5:44 PM
**To:** Seidman, H. David <dseidman@clarkhill.com>
**Cc:** Alyssa DeBise <alyssa@dereksmithlaw.com>; McGravey, Daniel J. <dmcgravey@clarkhill.com>
**Subject:** Re: (Newsome v. City of Philadelphia) Deposition Schedule

**[External Message]**

David,

We have exhausted our attempts to work with you in scheduling depositions which have been rescheduled several times due to your <mark>personal failure</mark> to fulfill your discovery obligations in this matter.

Thanks,

**Ian M. Bryson, Esq.**
*Admitted in NY, PA, NJ


Derek Smith Law Group, PLLC
***Sexual Harassment and Discrimination Lawyers***
1835 Market Street, Suite 2950 | Philadelphia, PA 19103
Tel: (215) 391-4790 | Fax: (215) 893-5288 | Email: ian@dereksmithlaw.com
Website: www.discriminationandsexualharassmentlawyers.com
**New York | New Jersey | Philadelphia | Miami | Los Angeles**


Sent from my iPhone

# EXHIBIT H

# EXHIBIT H

**From:** Seidman, H. David
**Sent:** Tuesday, August 9, 2022 1:50 PM
**To:** ian@dereksmithlaw.com
**Cc:** McGravey, Daniel J. <dmcgravey@clarkhill.com>
**Subject:** RE: Newsome v. City of Philadelphia

Ian:  Dan forwarded your email to me.  Please include me on any correspondence for this matter.

Thank you,
David

## H. David Seidman
Attorney at Law
**Clark Hill**
Two Commerce Square
2001 Market Street, Suite 2620, Philadelphia, PA 19103
+1 215.640.8515 (office)  |  +1 215.640.8501 (fax)  |  +1 610.283.6966 (cell)
DSeidman@clarkhill.com  |  www.clarkhill.com


**From:** Ian Bryson <ian@dereksmithlaw.com>
**Sent:** Tuesday, August 9, 2022 11:08 AM
**To:** McGravey, Daniel J. <dmcgravey@clarkhill.com>
**Subject:** Newsome v. City of Philadelphia

**[External Message]**

Dear Counsel,

Defendant's responses to Plaintiff's discovery demands served on July 1st are overdue. Please provide complete responses within 7 days to avoid a motion to compel.

Thanks,

**Ian M. Bryson, Esq.**
*Admitted in NY, PA, NJ

Derek Smith Law Group, PLLC
*Sexual Harassment and Discrimination Lawyers*
1835 Market Street, Suite 2950 | Philadelphia, PA 19103
Tel: (215) 391-4790 | Direct: (267) 857-0849 | Fax: (215) 893-5288
Email: ian@dereksmithlaw.com
Website: www.discriminationandsexualharassmentlawyers.com
**New York | New Jersey | Philadelphia | Miami | Los Angeles**

# EXHIBIT I

# EXHIBIT I

**From:** Seidman, H. David
**Sent:** Tuesday, September 27, 2022 11:16 AM
**To:** ian@dereksmithlaw.com
**Cc:** McGravey, Daniel J. <dmcgravey@clarkhill.com>
**Subject:** (City-Newsome) Molly O'Neill's and Heather McCaffrey's Deposition Availability

Ian:

As previously advised, Molly O'Neill is available for her deposition on **September 29 at 2:00** following
Kevin Hall's deposition.  Alternatively, Ms. O'Neill is available on **September 30**.
Please confirm if you would like to depose Ms. O'Neill at either of these times <u>or</u> provide an alternative
date that works for you.

Ms. McCaffrey is available for her deposition on **October 5**.  Please confirm your availability for this date
<u>or</u> provide an alternate date the following week that works for you.
As previously advised, Heather McCaffrey is also covering Subjects 7 and 8 of Plaintiff's 30(b)(6)
Deposition Notice.

--David

**H. David Seidman**
Attorney at Law
**Clark Hill**
Two Commerce Square
2001 Market Street, Suite 2620, Philadelphia, PA 19103
+1 215.640.8515 (office) | +1 215.640.8501 (fax) | +1 610.283.6966 (cell)
DSeidman@clarkhill.com | www.clarkhill.com

# EXHIBIT I

# EXHIBIT J

**From:** Seidman, H. David
**Sent:** Tuesday, September 27, 2022 11:48 AM
**To:** Ian Bryson <ian@dereksmithlaw.com>
**Cc:** McGravey, Daniel J. <dmcgravey@clarkhill.com>
**Subject:** RE: (City-Newsome) Molly O'Neill's and Heather McCaffrey's Deposition Availability

I did not ask you to withdraw your motion.  You also never advised that you were unavailable on September 29, 2022 at 2:00 – which is when Lieutenant Clough was initially scheduled.  ==Again, I am asking for proposed dates to reschedule their depositions?  **To be clear, please provide proposed deposition dates for Ms. O'Neil and Ms. McCaffrey.**==

--David

### H. David Seidman
Attorney at Law
**Clark Hill**
Two Commerce Square
2001 Market Street, Suite 2620, Philadelphia, PA 19103
+1 215.640.8515 (office) | +1 215.640.8501 (fax) | +1 610.283.6966 (cell)
DSeidman@clarkhill.com | www.clarkhill.com

**From:** Ian Bryson <ian@dereksmithlaw.com>
**Sent:** Tuesday, September 27, 2022 11:37 AM
**To:** Seidman, H. David <dseidman@clarkhill.com>
**Cc:** McGravey, Daniel J. <dmcgravey@clarkhill.com>
**Subject:** Re: (City-Newsome) Molly O'Neill's and Heather McCaffrey's Deposition Availability

**[External Message]**

And if you keep canceling depositions we will file another one.

Thanks,

**Ian M. Bryson, Esq.**
*Admitted in NY, PA, NJ

**Derek Smith Law Group, PLLC**
*Sexual Harassment and Discrimination Lawyers*
1835 Market Street, Suite 2950 | Philadelphia, PA 19103
Tel: (215) 391-4790 | Direct: (267) 857-0849 | Fax: (215) 893-5288
Email: ian@dereksmithlaw.com
Website: www.discriminationandsexualharassmentlawyers.com
**New York | New Jersey | Philadelphia | Miami | Los Angeles**

On Sep 27, 2022, at 11:36 AM, Ian Bryson <ian@dereksmithlaw.com> wrote:

David,

I already told you I am not available on those dates. We are not withdrawing the motion to compel. Thanks,

**Ian M. Bryson, Esq.**
*Admitted in NY, PA, NJ

Derek Smith Law Group, PLLC
*Sexual Harassment and Discrimination Lawyers*
1835 Market Street, Suite 2950 | Philadelphia, PA 19103
Tel: (215) 391-4790 | Direct: (267) 857-0849 | Fax: (215) 893-5288
Email: ian@dereksmithlaw.com
Website: www.discriminationandsexualharassmentlawyers.com
**New York | New Jersey | Philadelphia | Miami | Los Angeles**

On Sep 27, 2022, at 11:15 AM, Seidman, H. David <dseidman@clarkhill.com> wrote:

Ian:

As previously advised, Molly O'Neill is available for her deposition on**September 29 at 2:00** following Kevin Hall's deposition.  Alternatively, Ms. O'Neill is available on **September 30**.
Please confirm if you would like to depose Ms. O'Neill at either of these times or provide an alternative date that works for you.

Ms. McCaffrey is available for her deposition on **October 5**.  Please confirm your availability for this date or provide an alternate date the following week that works for you.
As previously advised, Heather McCaffrey is also covering Subjects 7 and 8 of Plaintiff's 30(b)(6) Deposition Notice.

--David

**H. David Seidman**
Attorney at Law
**Clark Hill**
Two Commerce Square
2001 Market Street, Suite 2620, Philadelphia, PA 19103
+1 215.640.8515 (office)  |  +1 215.640.8501 (fax)  |  +1 610.283.6966 (cell)
DSeidman@clarkhill.com  |  www.clarkhill.com

# EXHIBIT K

# EXHIBIT K

David,

If you will agree to a consent order granting Plaintiff's motion we can work together to secure a date. Absent a court order <mark>your words have proven meaningless</mark>.

Thanks,

**Ian M. Bryson, Esq.**
*Admitted in NY, PA, NJ


Derek Smith Law Group, PLLC
*Sexual Harassment and Discrimination Lawyers*
1835 Market Street, Suite 2950 | Philadelphia, PA 19103
Tel: (215) 391-4790 | Direct: (267) 857-0849 | Fax: (215) 893-5288
Email: ian@dereksmithlaw.com
Website: www.discriminationandsexualharassmentlawyers.com
**New York | New Jersey | Philadelphia | Miami | Los Angeles**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 29, 2022 a true and correct copy of the foregoing Letter Response Brief was electronically filed and available for viewing and downloading to all counsel of record through the Court's ECF system.

**CLARK HILL PLC**

*/s/ H. David Seidman*
H. David Seidman, Esquire

DATED: September 29, 2022