IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANELLE NEWSOME,**<br>*Plaintiff*,<br><br>v.<br><br>**CITY OF PHILADELPHIA,**<br>*Defendant*. | **CIVIL ACTION NO. 19-5590** |

### ORDER GRANTING PLAINTIFF'S MOTION TO CONDITIONALLY CERTIFIY COLLECTIVE ACTION

**AND NOW**, this 26th day of October, 2022, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Motion to Conditionally Certify Collective Action (Doc. No. 33) is **GRANTED**. Counsel for each party shall confer on the content and posting aspects for notice and file a joint proposal or separate proposals within ten (10) days.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON**
**United States District Judge**

O:\CIVIL 19\19-5590 Newsome v. City of Philadelphia\19cv5590 Order re Conditional Cert.docx