

March 2, 2023

<u>**Via ECF**</u>
Hon. Michael M. Baylson
3810 U.S. Courthouse, Courtroom 3-A
601 Market Street
Philadelphia, PA 19106

      Re:    <u>**Newsome v. City of Philadelphia**</u>
                **Docket No. 2:19-cv-5590**

Dear Judge Baylson:

I represent Plaintiff Janelle Newsome in this matter. Please be advised that the case is settled. Please enter an order pursuant to Local Civil Rule 41.1(b).

Thank you for your attention to this matter. Please let me know if you have any questions or concerns.

                Respectfully,

                **DEREK SMITH LAW GROUP, PLLC**

                <u>***/s/ Ian M. Bryson, Esq.***</u>
                Ian M. Bryson, Esq.
                1835 Market Street, Suite 2950
                Philadelphia, PA 19103
                215-391-4790

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1835 Market Street, Suite 2950, Philadelphia, PA 19103 | (215) 391-4790
Miami Office: 701 Brickell Avenue, Suite 1310, Miami, FL 33131 | (305) 946-1884
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com

S