IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **JANELLE NEWSOME,** *INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED*<br><br>v.<br><br>**CITY OF PHILADELPHIA** | **CIVIL ACTION**<br><br>**NO. 19-5590** |
|---|---|

### ORDER

**AND NOW, TO WIT:** This 2nd day of March, 2023, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk of Court shall mark this case **CLOSED**.

**GEORGE WYLESOL**, Clerk of Court

**BY:** /s/ Amanda Frazier
       ———————————————
       Amanda Frazier
       Deputy Clerk